E-Filed: 11/07/08

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| Elizabeth Hiromoto, et al., | ) | CV 07-7858-PSG (Ex) |
|---|---|---|
| | ) | |
| PLAINTIFF, | ) | **DISMISSAL BY COURT** |
| -VS- | ) | **FOR FAILURE TO PROSECUTE** |
| | ) | |
| Telecom Communication, | ) | |
| Inc., et al. | ) | |
| DEFENDANT. | ) | |

On August 15, 2008, the Court issued an Order to Show Cause for Lack of Prosecutionl. A written response to this Order to Show Cause was ordered to be filed not later than September 5, 2008.

To this date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety for failure to prosecute.

Dated: 11/06/08                    _____

United States District Judge